United States District Court
Eastern District of Tennessee


FILED
JUL 11 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

United States of America

Plaintiff,

v`           1:15-cr-00008-HSM-CHS

Douglas Owens

Defendant,

## Defendant's Pro Se Motion For Early Termination of Probation

Pro Se Defendant, Douglas Owens, respectfully moves this Court for early termination of supervised release and in support thereof states the following:

1. I have been on supervised release since December 29, 2021.
2. I have had no disciplinary issues and have complied with all the terms of my probation without incident. Defendant has discussed early termination with the assigned probation officer, Ms. Sherrell Jordan. Ms. Jordan has stated that she will not oppose early termination at this time.
3. Defendant has an exemplary record and is self-sufficient with family ties that provide strong emotional support.

.WHEREFORE, the Defendant moves this Court to grant early termination of the five years' probation, having served more than one-half of the term of probation after release from incarceration.

Respectfully,

*/s/ Douglas Owens*

Douglas Owens
2105 Pleasant Hill Road
Ten Mile, TN 37880

Doug Owens
2105 Pleasant hill Rd
Ten mile TN 37880

Judge McDonough
United States District court
900 Georgia A
Chattnooga TN 37402

CHATTANOOGA TN 373
9 JUL 2024 PM 1 L

X-RAYED

37402-22E384